**STATE of Missouri, Respondent,**

v.

**Donald Richard NAPPIER, Appellant.**

**No. ED 102428**

Missouri Court of Appeals, Eastern District, *DIVISION THREE*.

Filed: January 19, 2016

William J. Swift, Woodrail Centre, 1000 West Nifong, Building 7, Suite 100, Columbia, Missouri 65203, for Appellant.

Chris Koster, Attorney General, Rachel Sara Flaster, Assistant Attorney General, P.O. Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

### ORDER

#### PER CURIAM

A jury convicted Donald Richard Nappier ("Nappier") of one count of first-degree assault, a class A felony; one count of first-degree assault, a class B felony; two associated counts of armed criminal action; and one count of driving while intoxicated arising out of an incident in which Nappier, while heavily intoxicated, struck Tasha Hardcastle and Tim Briggs with his pickup truck, seriously injuring Hardcastle. On appeal, Nappier challenges the sufficiency of the evidence regarding his convictions for first-degree assault, which, if successful, would render his convictions for the associated counts of armed criminal action erroneous. Specifically, Nappier contends that there was insufficient evidence that he knowingly attempted to cause serious physical injury to Hardcastle and Briggs by hitting them with his truck. Because we find that there was sufficient evidence, we affirm.

The evidence in support of the jury's verdict is sufficient. An extended opinion would have no jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25.